Argued December 7, 1977. John A. Mihalik, with him Hummel, James & Mihalik, for appellant; Gailey C. Keller, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.

387 A.2d 106

Commonwealth v. Fletcher, Appellant.

Argued December 6, 1977. Seymore H. Johnson, Jr., for appellant; D. Loeb, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

387 A.2d 105

Commonwealth v. Johnson, Appellant.

Argued December 12, 1977. Hugh C. Clark, for appellant; N. Wasser, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, P. J., and JACOBS, J., did not participate in the consideration or decision of this case.

387 A.2d 105

Commonwealth v. Jones, Appellant.

Argued December 7, 1977. C. George Milner, for appellant; Arthur Lee Dixon, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.